Order issued January 10, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00644-CR
No. 05-12-00645-CR

**WRYAN EARL COLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

The State's motion to extend the time for filing a brief is **GRANTED** and the brief

tendered on December 28, 2012 is **ORDERED** filed as of that date.


MICHAEL J. O'NEILL
PRESIDING JUSTICE